[No. 25009-8-II. Division Two. February 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD EDWARD SIBERT, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 99-1-00193-6, H. John Hall, J., entered August 24, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.

[No. 25378-0-II. Division Two. February 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON JEFFREY FREIH, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 99-1-00194-9, George L. Wood, J., entered December 3, 1999. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 25363-1-II. Division Two. February 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LIONAL CROMBIE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02920-0, D. Gary Steiner, J., entered November 19, 1999. *Reversed* by unpublished opinion per Hunt, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 25359-3-II. Division Two. February 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN GLEN FRAZIER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-03700-8, Brian M. Tollefson, J., entered October 29, 1999. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Seinfeld, J.